IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER ANIMAL HEALTH GMBH, and BAYER HEALTHCARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTZ MOUNTAIN CORP. and CAP IM SUPPLY, INC.,<br><br>Defendants. | C.A. No. 17-175-RGA |

## STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs Bayer Intellectual Property GmbH, Bayer Animal Health GmbH and Bayer HealthCare LLC, and Defendant The Hartz Mountain Corporation have entered a Settlement Agreement dated April 26, 2018 to settle all outstanding claims related to this action. CAP IM Supply, Inc. is a designated third party beneficiary, having certain rights and restrictions under the Settlement Agreement, which CAP IM Supply, Inc. hereby acknowledges. The Bayer Parties and CAP IM Supply, Inc. hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that the complaint and all claims related thereto in this action shall be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

| | |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| MORRIS, NICHOLS, ARSHT | Karen E. Keller (No. 4489) |
| & TUNNELL LLP | David M. Fry (No. 5486) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| *Attorney for Plaintiffs* | kkeller@shawkeller.com |
| | *Attorneys for Defendant CAP IM Supply, Inc.* |

Dated: April 30, 2018

SO ORDERED this ___ day of _____, 2018.

_____
United States District Judge

2